# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:18-cv-01873-JEJ |
| ) | |
| v. ) | Judge John E. Jones, III |
| ) | |
| JOHN DOE, subscriber assigned IP ) | |
| Address 174.55.88.71, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 174.55.88.71 are voluntarily dismissed with prejudice.

Dated: December 14, 2018         Respectfully submitted,

By: /s/ *Andrew Bonekemper, Esq.*
Andrew Bonekemper, Esq. (84313)
abonekemper@foxrothschild.com
Fox Rothschild LLP
10 Sentry Parkway, Suite 200
P.O. Box 3001
Blue Bell, PA 19422-3001

Tel: (610) 397-6500
Fax: (610) 397-0450
[www.foxrothschild.com](www.foxrothschild.com)
*Attorney for Plaintiff*